# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2019 KW 0882

VERSUS

ANTHONY ROGERS                              **JULY 24, 2019**

---

In Re:   Anthony Rogers, applying for supervisory writs, 18th
         Judicial District Court, Parish of West Baton Rouge,
         No. 180183.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

  **WRIT NOT CONSIDERED.** This court cannot adequately review the trial court's ruling as counsel failed to include a copy of the transcripts of the motion to suppress hearings. The writ application is not properly bound, and counsel failed to include an affidavit indicating the method of service, verifying the allegations of the petition, and noting the addresses and telephone numbers of opposing counsel and the judge. See Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(A) & (B). Counsel failed to comply with Uniform Rules 4-2 and 4-3, by failing to include documentation of a timely request for an extension of the original May 22, 2019 return date. Counsel also failed to comply with Rule 4-5(C)(4), (8), (9), and (10), by failing to note the issues presented for review, and by failing to include a copy of the motion at issue herein, the bill of information, the opposition or a statement that no opposition was filed, and the pertinent court minutes. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. This court takes judicial cognizance that trial is presently set for the week of August 19, 2019. In the event counsel elects to file a new application with this court, the application shall be filed on or before August 2, 2019, and should comply with the requirements of Rule 4-4 concerning requests for expedited consideration. The application should include the missing items noted above, proof of a timely request for an extension of the original return date, and a copy of this ruling.

                              JMM
                              MRT
                              WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
        DEPUTY CLERK OF COURT
          FOR THE COURT